No. 00–9122.  D'ARCANGELO v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 00–9133.  JOHNSON v. DEPARTMENT OF THE ARMY ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 00–9139.  WHITE v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 00–9140.  WILLING v. ILLINOIS.  App. Ct. Ill., 4th Dist.  Certiorari denied.

No. 00–9151.  MCKINNEY v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 00–9167.  TOMLINSON v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 00–9182.  HURLEY v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 00–9186.  MOSS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 00–9188.  LEVINE v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 00–9189.  DESANTIS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 00–9200.  LUJAN-GARCIA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–9204.  BOONE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00–9205.  MUELLER v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00–9209.  GLOVER v. FLORIDA.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.